AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| Dr. Eric Pappas | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 5:22-cv-00028-EKD |
| James Madison University, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dr. Eric Pappas                                    .

Date:  06/08/2022

/s/ Lindsay R. McKasson
*Attorney's signature*

Lindsay R. McKasson, VA Bar No. 96074
*Printed name and bar number*

Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
*Address*

lindsay@binnall.com
*E-mail address*

(703) 888-1943
*Telephone number*

(703) 888-1930
*FAX number*